UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR AMEZCUA CABRERA, | Case No. 21-cv-01296-JD |
| Petitioner, | |
| v. | **ORDER GRANTING EXTENSION** |
| KEN CLARK, | Re: Dkt. No. 8 |
| Respondent. | |

Respondent's request for an extension of time (Docket No. 8) is granted. An answer to the habeas petition may be filed by August 5, 2021.

**IT IS SO ORDERED.**

Dated: June 4, 2021

JAMES DONATO
United States District Judge